IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**RUSSELL BENNETT** and
**BARBARA BENNETT**,

      Plaintiffs,

v.                                                                    **CIVIL ACTION NO. 5:21-cv-8**
                                                                   Judge Bailey

**VEBI VEHAPI** and
**MS TRANSPORT, LLC**,

      Defendants.

### ORDER DISMISSING CASE

Inasmuch as this Court has been advised that the parties have reached a settlement agreement on all matters in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** February 22, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

2